**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1714**

_____

HENDRICK TOWNSEND,

Plaintiff – Appellant,

v.

COUNTY OF ACCOMACK, Department of Building and Zoning;
DAVID FLUHART, Director; STEVEN MINER, County
Administrator; MARK BOWDEN; TOM WILLET; DAVE ENGLEHART;
GRACIE MILBOURNE; WALTER WESSELS; LARRY GIDDENS; TODD
GODWIN; BILLY MURPHY, Deputy; THOMAS DIX; NANCY MATTHEWS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge. (2:12-cv-00305-MSD-LRL)

_____

Submitted: September 26, 2013     Decided: September 30, 2013

_____

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Hendrick Townsend, Appellant Pro Se. Samuel Lawrence Dumville,
NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hendrick Townsend appeals the district court's order dismissing his civil case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Townsend v. Cnty. of Accomack</u>, No. 2:12-cv-00305-MSD-LRL (E.D. Va. Apr. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>